AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

### APPEARANCE

Case Number: M.J. No. 04-m-221-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Anthony Bucci

I certify that I am admitted to practice in this court.

Date: May 21, 2004

Signature: *Robert D. Lewin*

Print Name: ROBERT D. LEWIN     Bar Number: 298080

Address: 1 Salem St., Ste 202

City: Malden   State: MA   Zip Code: 02148

Phone Number: 781-322-2228   Fax Number: 781-322-6351

FILED
In Open Court
USDC, Mass.
Date 5-21-04
By C.G.
Deputy Clerk