AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**DISTRICT OF** **MASSACHUSETTS**

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| BUCCI (2), JORDAN (3), MUOLO (4) | Case Number: MJ04-M-221 JLA |

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>JOHN FARLEY | DEFENDANT'S ATTORNEY<br>Lewin, Drechsler, Cullen |
|---|---|---|
| TRIAL DATE (S)<br>5/25/2004; 5/26/04; 5/28/04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5-25-04 | direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Jordan, Muolo) |
| X | | 5-26-04 | direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| 1 | | 5-26-04 | X | X | CD: RECORDED CONVERSATION OF JORDAN & MINOTTI (as to Jordan) |
| X | | 5-26-04 | cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| X | | 5-26-04 | re-direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| X | | 5-26-04 | re-cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| | X | 5-26-04 | direct | | ANTHONY SPADAFORA, Grandfather-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | cross | | ANTHONY SPADAFORA, Grandfather-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | direct | | WILLIAM SPADAFORA, FATHER-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | cross | | WILLIAM SPADAFORA, FATHER-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | re-direct | | WILLIAM SPADAFORA, FATHER-IN-LAW OF DEFENDANT (as to Jordan) |
| X | | 5-28-04 | direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| 1 | | 5-28-04 | X | X | CD: RECORDED CONVERSATION OF JORDAN & MINOTTI (as to Bucci, Muolo) |
| 2 | | 5-28-04 | X | X | TAPE: RECORDED CONVERSATION OF MINOTTI & BUCCI (as to Bucci, Muolo) |
| X | | 5-28-04 | cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| X | | 5-28-04 | re-direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| X | | 5-28-04 | re-cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| X | | 5-28-04 | direct | | ROSEMARY KEEFE, MOTHER OF DEFENDANT BUCCI (as to Bucci, Muolo) |
| X | | 5-28-04 | cross | | ROSEMARY KEEFE, MOTHER OF DEFENDANT BUCCI (as to Bucci, Muolo) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages