UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ-2004-M-221-JLA

UNITED STATES

V.

ANTHONY BUCCI

and

FRANCIS MUOLO

**ORDER ON PROBABLE CAUSE**

May 28, 2004

ALEXANDER, M.J.

On May 25, 2004 and May 28, 2004, the defendants, ANTHONY BUCCI and FRANCIS MUOLO, appeared before this Court for a probable cause hearing pursuant to a complaint charging them with violations of 21 U.S.C. § 846 (unlawfully, knowingly, and intentionally conspiring to possess with intent to distribute over 500 grams of cocaine, a schedule II controlled substance). At the hearing, the government was represented by Assistant United States Attorney John J. Farley; Mr. Bucci was represented by Attorney Robert Lewin, and Mr. Muolo was represented by Attorney Albert B. Cullen. The government presented the credible testimony of Trooper Kevin O'Neil of the Massachusetts State Police, as well as other documentary evidence. After hearing the testimony and in consideration of the evidence submitted, this Court FOUND

that there is PROBABLE CAUSE to believe the defendants, ANTHONY BUCCI and FRANCIS MUOLO, committed the offense with which they are charged.

SO ORDERED.

*Joyce London Alexander*
United States Magistrate Judge