UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | M.J. No. 04-M-221-B JLA |
| ) | |
| ANTHONY BUCCI, ) | |
| Defendant. ) | |

*FILED*
2004 JUN -8 P 12:51
U.S. DISTRICT COURT
DISTRICT OF MASS

## APPEARANCE OF COUNSEL

NOW COMES the defendant, Anthony Bucci, in the above-captioned criminal matter and respectfully requests that this Honorable Court enter the appearance of the undersigned counsel in this matter.

Respectfully submitted,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5-A
Boston, MA  02109
617) 248-8979
(617) 523- 8700 (Fax)
BBO# 529680

Dated: 6/7/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>ANTHONY BUCCI )<br>    Defendant. ) | CRIMINAL ACTION NO.<br>M.J..No. 04-221-D |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within "Appearance Of Counsel," by United States Mail, postage pre-paid on Monday, June 7, 2004, to John Farley, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Date: 6/7/04

Barry P. Wilson