To: Judge Joyce Alexander
From: Anthony Bucci   Case # M.J.
Holding Day # 43          No. 04-M-221-JLA

FILED
IN CLERKS OFFICE
2004 JUL -6
U.S. DISTRICT COURT
DISTRICT OF MASS.

Hello Your Honor,

I have been accused of playing in a drug case which is the farthest thing from the truth... I am guilty of using drugs and "using drugs only." The informant in this case in his 4th story blames me after blaming his own "brother." I apologize to you and the court for anything you have heard that is disturbing but it is all "untruths." I lost my best friend Peter Branson, my step-father who raised me since I was 7 and my sister to death all since last May and was on a self destructive course when I relapsed last May to drug use and was using drugs very very heavily. I almost welcomed death I was so depressed. Since my arrest I am 100% sober and now want to live again and am begging you to just read my discovery and you will be able to see the truth for yourself and grant me the bail I deserve. In 5 months and 663 pages of discovery I am hardly even mentioned. There is absolutely no involvement in drug sales whatsoever because I

do not sell cocaine. I am being set up and if you read this you will see for yourself. Upon my arrest I was holding my 2 year old sons hand, and was roughed up right in front of him. He has nightmares and has seen 2 child pyschologists and he needs me back in his life to show him his Daddy is ok... I did my time and paid my dues to Society and learned my lesson. I completed my Supervised release without a blemish and was actually released by your court early because of my sisters terminal illness. I will adhere to any rules and regulations you apply to me if released. I am in the middle of building 6 houses in Wakefield, Ma. and one of them is my wife and families dream home. I want to give my son Dante two more siblings and the last thing in the world I am is a flight risk or a danger risk. I am eager to prove my innocence and promise on my word as a man not to disappoint you. Thank you for your time. Please give me a chance.

Sincerely,
with Respect
Anthony Bucci